IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **JERRICK BUCK,** *on behalf of himself* *and all persons similarly situated,*  )<br>)<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**ACELL, INC.,**  )<br>)<br>**Defendant.**  ) | Case No. 1:20-cv-03629 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Jerrick Buck hereby voluntarily dismisses his claims against Defendant ACell, Inc. without prejudice. Defendant has neither served an answer nor a motion for summary judgment. Thus, dismissal without court order is appropriate. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 1, 2021                                Respectfully submitted,

|   |   |
|---|---|
|   | By: */s/ Steven S. Skalet*<br>MEHRI & SKALET, PLLC<br>Steven Skalet, MD #5367<br>Ezra Bronstein<br>1250 Connecticut Ave, NW Suite 300<br>Washington, DC 20036<br>Phone: (202) 822-5100<br>Fax: (202) 822-4997<br>sskalet@findjustice.com<br>ebronstein@findjustice.com<br><br>MCINNES LAW LLC<br>Jack D. McInnes<br>1900 West 75th Street, Suite 220<br>Prairie Village, Kansas 66208<br>Telephone: (913) 220-2488<br>Facsimile: (913) 347-7333 |

|  | jack@mcinnes-law.com<br><br>A. Scott Waddell<br>WADDELL LAW FIRM LLC<br>1900 West 75th Street, Suite 220<br>Prairie Village, Kansas 66208<br>Telephone: (816) 399-5510<br>Facsimile: (816) 221-2508<br>scott@aswlawfirm.com<br><br>ATTORNEYS FOR PLAINTIFF |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June 2021, a true and correct copy of the foregoing document was filed with the Clerk of Court via CM/ECF and served on counsel for Defendants through the Notice of Electronic Filing.

By: _/s/Steven S. Skalet_